## STANSBURY *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 154, September Term, 1963.]

*Decided July 30, 1964.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

684

PER CURIAM.

For the reasons assigned in Judge Jones' opinion below the

*Application is denied.*